ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Paragon Defense Solutions, Inc. | ) | ASBCA No. 64313 |
| | ) | |
| Under Contract No. SPE7L2-23-F-0911 | ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Weiwei Jian
    President

APPEARANCES FOR THE GOVERNMENT:    Gary P. Bilski, Esq.
    DLA Chief Trial Attorney
    John J. Pritchard, Esq.
    Adam J. Heer, Esq.
    Julie K. Phillips, Esq.
    Trial Attorneys
    DLA Land and Maritime
    Columbus, OH

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 15, 2026

_____
LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64313, Appeal of Paragon Defense Solutions, rendered in conformance with the Board's Charter.

Dated:  January 15, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals